Clerk
3 Copies

SG

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

JAN 0 5 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Donald Ragland

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: 14-VCV-04584
(To be supplied by the Clerk of this Court)

Lansing Police Department,
City of Lanssing
Michael Lazowski
Sgt. Frederickson
Robert Garcia

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**CHECK ONE ONLY:**          **AMENDED COMPLAINT**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

___   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Donald Ragland

   B. List all aliases: _____

   C. Prisoner identification number: K55918

   D. Place of present confinement: STATEville Corrtions

   E. Address: JoLiET IL, 60434

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Robert Garcia

   Title: Police officer

   Place of Employment: Lansing Police Department

   B. Defendant: Michael Lazowski

   Title: Tac officer

   Place of Employment: Lansing police Department

   C. Defendant: Sgt. Frederickson

   Title: Sergant

   Place of Employment: Lansing P.D

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _____NA_____

B. Approximate date of filing lawsuit: _____NA_____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: _____NA_____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: _____

G. Basic claim made: _____NA_____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

I. Approximate date of disposition: _____NA_____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.     **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 4-17-14 Officer Michael Lazowski violated my constitutional rights by Illegal search and siezure plaintiff vehicle without search warrant. And mr. Lazowski begin to harrass plaintiff by saying all types of racial slurrs to plaintiff and illegally searching plaintiff by push their finger's in and out of the plaintiff anal, sexually assaulting me. Officer Lazowski violated my 8th and 14th amendment.

*Donald Ragland*

On 4-17-14 Sgt Frederickson and his K-9 partner. Violated my constitutional rights by Illegal searching my vehicle without proper cause or search warrant.

*Donald Ragland*

On 4-17-14 O

~~On 4-17-14 officer Robert Garcia and Violated by taken my constitutional rights by ta' sreaching at Lansing police Department~~

On 4-17-14 officer Robert Garcia Violated my Constitutional right's by Strip Sreahing plaintiff at Lansing police Department. Ask mr. Garcia ask plaintiff take off all his Clothe's and bend Over and Show mr. Garcia and officer Lazowski his future. Meaning his anal hole. Than ask plaintiff turn around hold up his growing and ask why your thighs not moving. Plaintiff told officer Garcia about his Health problems and plaintiff needed medical. mr. Garcia take plaintiff to markham lockup to be hold for Court. Markham refuse to hold plaintiff. Due to fact plaintiff needed medical attention. So Markham told mr. Garcia bring plaintiff back 8:30 AM for Court. So mr. Garcia took plaintiff back to Lansing police Department Without medical attention. That Violated plaintiff 8th and 14th Amendment. To be free from cruel and unusual Punishment.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

My goal is to make sure that this won't Happen to Know one Else And to Be Compensated For My, pain And Suffering

Thank you!

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __1st__ day of __1__, 20__15__

__Donald Ragland__
(Signature of plaintiff or plaintiffs)

__Donald Ragland__
(Print name)

__K55918__
(I.D. Number)

__Chicago, IL, 60643__
__12231 S. Loomis__
(Address)

6                                                              Revised 9/2007