**FILED**

2/4/2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



$Clerk$
$3$
$Copies$

$SG$

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**RECEIVED**

JAN 0 5 2015

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

Donald Ragland

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Lansing Police Department,

City of Lansing

Michael Lazowski

Sgt. Frederickson

Robert Garcia

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: 14-VCV-04584

(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**        **AMENDED COMPLAINT**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.     Plaintiff(s):**

A.     Name: Donald Ragland

B.     List all aliases: _____

C.     Prisoner identification number: K55918

D.     Place of present confinement: STATE Ville Corrtions

E.     Address: JoLiET IL, 60434

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank.  Space for two additional defendants is provided in **B** and **C**.)

A.     Defendant: Robert Garcia

         Title: Police officer

         Place of Employment: Lansing Police Department

B.     Defendant: Michael Lazowski

         Title: Tac Officer

         Place of Employment: Lansing police Department

C.     Defendant: Sgt. Frederickson

         Title: Sergant

         Place of Employment: Lansing P.D

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _____ N/A _____

B. Approximate date of filing lawsuit: _____ N/A _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_____
_____
_____

D. List all defendants: _____ N/A _____
_____
_____
_____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: _____
_____

G. Basic claim made: _____ N/A _____
_____
_____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
_____
_____

I. Approximate date of disposition: _____ N/A _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

## IV.    Statement of Claim:

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

On 4-17-14 OFFicer Michael Lazowski Violated my constitutional rights by Illegal Search and siezure plaintiff Vehicle without Search warrant. And Mr. Lazowski begin to harrass plaintiff by Saying all types of racial Slurrs to plaintiff and illegally Searching plaintiff by push their finger's in and out of the Plaintiff anal, sexually assaulting me. Officer Lazowski Violated my 8th and 14th amendment.

*Donald Hoagland*

On 4-17-14 Sgt Frederickson and his K-9 partner. Violated my Constitutional rights by Illegal Searching my Vehicle With out proper Cause or Search warrant.

*Donald Hoagland*

On 4-17-14 O

On 4-17-14 officer Robert Garcia ~~and~~
~~Violated~~ by ~~taken~~ my constitutional rights
by ~~to~~ sreaching at Lansing police
Department

On 4-17-14 officer Robert Garcia
Violated my Constitutional right's by Strip
Sreahing plaintiff at Lansing police
Department. ~~Ask~~ mr. Garcia ask Plaintiff
take ~~off~~ off all his clothe's and ⁸ bend
Over and Show mr. Garcia and officer
Lozowski his future, Meaning his
anal hole, Than ask plaintiff turn
around hold up his growing and ask why
your ~~tishs~~ ᵗʰⁱᵍʰˢ not moving. Plaintiff told officer
Garcia about his Health problems and plaintiff
needed medical. mr. Garcia take plaintiff
to markham lockup to be hold for ~~Court~~. Court.
Markham refuse to hold plaintiff. Due to
fact plaintiff needed medical attention. So
Markham told mr. Garcia bring plaintiff back
8:30 AM for Court. so mr. Garcia took plaintiff
back to Lansing police Department without
Medical attention. ⁵ that Violated plaintiff 8th and
14th Amendment. To be free from cruel and
unusual punishment.

**V.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

My goal is to make sure that this won't Happen to Know one Else And to Be Compensated For My pain And Suffering

Thanks you!

VI.    The plaintiff demands that the case be tried by a jury.  ☑ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___12___ day of ___1___, 20 _15_

Donald Ragland
(Signature of plaintiff or plaintiffs)

Donald Ragland
(Print name)

K55 918
(I.D. Number)

Chicago, IL, 60643
122 31 S. Loomis
(Address)